Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI         8308-0
CONNIE CHOW          8556-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; cchow@awlaw.com

Attorneys for Secured Creditor
DC SERVICES NA LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>DEAN MARK, SR. and<br>SUZANNE ELIZABETH MARK<br><br>　　　　　　Debtors. | ) CASE NO. 09-00121<br>) (Chapter 13)<br>)<br>)<br>)<br>) Related Doc Nos. 11 and 13 |

## OBJECTION TO CONFIRMATION OF PLAN AND
## OPPOSITION TO DEBTORS' MOTION TO VALUE COLLATERAL

DC SERVICES NA LLC ("DC SERVICES") objects to confirmation of the Debtors' proposed plan filed herein on February 3, 2009 as well as Debtors' motion to value collateral filed herein on February 3, 2009 on the grounds that the valuation of the 2005 Chrysler Town & Country LX VIN 2C8GP44R25R181768 (the "Vehicle") by Debtors Dean Mark, Sr. and Suzanne Elizabeth Mark ("Debtors") is incorrect pursuant to the Bankruptcy Code and case law.

615663.01

1

DC SERVICES financed Debtors' purchase of the Vehicle under a Credit Sale Contract, Security Agreement, Financing Statement and Disclosures dated December 30, 2004 (the "Contract"). A copy of the Contract is attached to the *Declaration of Sean Watripont in Support of Objection to Confirmation of Plan and Opposition to Debtors' Motion to Value Collateral* ("Declaration") as Exhibit "A." The Contract includes a grant of security interest in the Vehicle and appears to have been signed by Debtors.

The Debtors' Chapter 13 Plan, filed herein on February 3, 2009, proposes to bifurcate (and cram down) a claim on the Vehicle into a secured claim in favor of DC SERVICES in the amount of $3,900.00 with the balance owed of approximately $4,975.00 on the Vehicle treated as an unsecured claim. A Motion to Value Collateral directed against DC SERVICES' claim was filed on February 3, 2009. The Notice of Conclusion of Meeting of Creditors, Hearing on Confirmation of Debtor's Plan and Deadline for Objections was issued on February 20, 2009.

Section 506(a)(2) of the Code now provides that the value of personal property securing an allowed claim "shall be determined based on the replacement value of such property as of the date of the filing of the petition without deduction for costs of sale or marketing. With respect to property acquired for personal, family or household purposes, replacement value shall mean the price a <u>retail merchant</u> would charge for property of that kind considering the <u>age</u> and <u>condition</u> of the time value is

determined." (Emphasis added.) In short, the valuation is based on retail value and not wholesale value.

Certificate of Title No. 04T943119 (attached to the Declaration as Exhibit "B") covering the subject vehicle shows Debtors as the registered owners of the Vehicle and DC SERVICES as Lienholder. Debtors' Schedule I and their Statement of Financial Affairs indicate that debtors are not self-employed and do not have regular income from the operation of a business, profession or farm. It appears that the vehicle was purchased for personal, family or household purposes.

On information and belief provided by Debtors in their Motion to Value Collateral, the mileage of the vehicle is greater than 65,000 miles. Attached to the Declaration as Exhibit "C" is a copy of the Kelley Blue Book online valuation report which indicates that the retail value for a vehicle of similar age and mileage is $9,565.00. Accordingly, DC SERVICES submits that its claim is fully secured and the valuation of $3,900.00 is incorrect.

DC SERVICES objects to the plan insofar as the plan proposes to treat DC SERVICES' claim as only secured in the amount of $3,900.00. DC SERVICES' claim is fully secured based upon the valuation dictated by the Code and case law.

Accordingly, DC SERVICES requests that: (1) the plan not be confirmed, and (2) Debtors' Motion to Value Collateral be denied.

DATED: Honolulu, Hawaii; February 26, 2009.

/s/ Miranda Tsai
_____
MIRANDA TSAI
CONNIE CHOW
Attorneys for Secured Creditor
  DC SERVICES NA LLC