Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI      8308-0
CONNIE CHOW     8556-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; cchow@awlaw.com

Attorneys for Secured Creditor
 DC SERVICES NA LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>DEAN MARK, SR. and<br>SUZANNE ELIZABETH MARK<br><br>                Debtors. | CASE NO. 09-00121<br>(Chapter 13)<br><br>HEARING<br>Date:    April 23, 2009<br>Time:   9:40 a.m.<br>Judge:  Honorable Robert J. Faris<br><br>Related Doc Nos. 11, 13 and 26 |

**STIPULATION AND ORDER REGARDING
DEBTORS' MOTION TO VALUE COLLATERAL**

This Stipulation regarding Debtors' Motion to Value Collateral is made with reference to the facts described below.

      A.     On January 20, 2009, Debtors Dean Mark, Sr. and Suzanne Elizabeth Mark ("Debtors") filed a petition for bankruptcy under Chapter 13.

B.      On February 3, 2009, Debtors filed their proposed Chapter 13 plan as well as a *Motion to Value Collateral; Notice of Opportunity to Object and Request for Hearing* with respect to that certain 2005 Chrysler Town & Country LX VIN 2C8GP44R25R181768 (the "Vehicle").

C.      On February 26, 2009, DC SERVICES NA LLC ("DC Services") filed its *Objection to Confirmation of Plan and Opposition to Debtors' Motion to Value Collateral* with respect to the Vehicle.

D.      A hearing was held on March 23, 2009 which was continued until April 23, 2009 at 9:40 a.m. to give the parties the opportunity to come to an agreement with respect to the value of the Vehicle.

E.      Debtors and DC Services have agreed upon the amount of $6,000 as the value of the Vehicle.

By mutual agreement, and upon order of this Court, Debtors and DC Services stipulate as follows:

1.      The market value of the Vehicle for purposes of Debtors' Chapter 13 plan shall be $6,000.

2.      Debtors shall amend their proposed Chapter 13 plan to show DC Services' claim as $8,875 with a market value of $6,000, and amend their monthly plan payments accordingly.

3. DC Services shall amend its Proof of Claim to reflect the value of the Vehicle as $6,000.

DATED: Honolulu, Hawaii; April 23, 2009.

_____
KENDAL A. LUKE
Attorney for Debtors

_____
MIRANDA TSAI
CONNIE CHOW
Attorneys for Secured Creditor
DC SERVICES NA LLC

APPROVED:

_____
HOWARD M. S. HU
Chapter 13 Trustee

APPROVED AND SO ORDERED:

---
In re Dean Mark, Sr. and Suzanne Elizabeth Mark; Bk. No. 09-00121 (Chapter 13)
*Stipulation and Order regarding Debtors' Motion to Value Collateral*

644734.01

3