# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 1/20/09 and was converted to a case under chapter 7 on 10/21/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Dean Mark Sr.<br>86−169 Kawili Street<br>Waianae, HI 96792 | Suzanne Elizabeth Mark<br>86−169 Kawili Street<br>Waianae, HI 96792 |
| Case Number:<br>09−00121 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−5528<br>xxx−xx−2706 |
| Attorney for Debtor(s) (name and address):<br>Kendal A. Luke<br>564 South Street, Suite 200<br>Honolulu, HI 96813<br>Telephone number: 808.593.2199 | Bankruptcy Trustee (name and address):<br>Richard A. Yanagi<br>1136 Union Mall, #303<br>Honolulu, HI 96813<br>Telephone number: 808.599.0339 |

### Meeting of Creditors
Date: **November 17, 2010**     Time: **02:00 PM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/18/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 10/21/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

**Refer to Other Side for Important Deadlines and Notices**

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: darlene               Page 1 of 2                   Date Rcvd: Oct 21, 2010
Case: 09-00121                 Form ID: b9a                Total Noticed: 36

The following entities were noticed by first class mail on Oct 23, 2010.
db/jdb       +Dean Mark, Sr.,    Suzanne Elizabeth Mark,    86-169 Kawili Street,    Waianae, HI 96792-2932
aty          +Amber Garcia,    Routh Crabtree Olsen, P.S.,    900 Fort Street Mall, Suite 305,
               Honolulu, HI 96813-3702
aty          +Connie Chia-Ni Chow,    Ashford & Wriston,    1099 Alakea St., Ste. 1400,    Honolulu, HI 96813-4500
aty          +Derek W.C. Wong,    Routh Crabtree Olsen,    900 Fort Street Mall, Ste. 305,
               Honolulu, HI 96813-3702
aty          +Miranda Tsai,    Ashford & Wriston,    P.O. Box 131,    Honolulu, HI 96810-0131
aty          +Paul J. Marrack,    700 Bishop St., Ste. 2100,    Honolulu, HI 96813-4120
aty          +Robert E. Chapman,    Clay Chapman Crumpton Iwamura & Pulice,    700 Bishop Street, Suite 2100,
               Honolulu, HI 96813-4120
cr           +Deutsche Bank National Trust Company, as Trustee c,    10790 Rancho Bernando Rd.,
               San Diego, CA 92127-5705
930583       +AAFES/MIL STAR/EXCHANGE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
1032701      +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
922585       +Acs/slfa,    501 Bleecker St,    Utica, NY 13501-2401
922595      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Wash Mutual/providian,     Po Box 9180,    Pleasanton, CA  94588)
926083        California Student Aid Commission,    Accounts Receivable,    P.O. Box 419041,
               Rancho Cordova, CA 95741-9041
937064       +Chase Home Finance, LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
922588       +Chase Manhattan Mortga,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
928412        DC Services NA LLC,    P. O. Box 9001897,    Louisville, KY  40290-1897
936152       +First Hawaiian Bank,    Loan Recovery Center,    P.O. Box 4070,    Honolulu, HI 96812-4070
922590       +First Hawaiian Bank,    Po Box 3200,    Honolulu, HI 96847-0001
941400       +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
923641        Ocwen Loan Servicing,    Attn: Cashiering Department,    P.O. Box 785053,    Orlando, FL 32878-5053
928411        P. O. Box 9001897,    Louisville, KY 40290-1897
942596       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
               NORFOLK VA 23541-1067
927042        SLMA,    ACS,    P.O. Box 22724,    Long Beach, CA 90801-5724
The following entities were noticed by electronic transmission on Oct 22, 2010.
aty          +E-mail/Text: kendalluke@gmail.com                            Kendal A. Luke,
               564 South Street, Suite 200,    Honolulu, HI 96813-5013
tr           +EDI: QRAYANAGI.COM Oct 21 2010 22:53:00      Richard A. Yanagi,    1136 Union Mall, #303,
               Honolulu, HI 96813-2711
cr           +EDI: ECMC.COM Oct 21 2010 22:53:00      ECMC,    P.O. Box 75906,    St. Paul, MN 55175-0906
922586       +EDI: TSYS2.COM Oct 21 2010 22:53:00      Barclays Bank Delaware,    125 South West Str,
               Wilmington, DE 19801-5014
922589        EDI: CHRYSLER.COM Oct 21 2010 22:53:00      Chrysler Financial,    5225 Crooks Rd Ste 140,
               Troy, MI  48098
922587       +EDI: CAPITALONE.COM Oct 21 2010 22:53:00      Cap One,    Po Box 85520,    Richmond, VA 23285-5520
934042        EDI: CHASE.COM Oct 21 2010 22:53:00      Chase Bank USA NA,    PO BOX 15145,
               Wilmington, De 19850-5145
936718       +EDI: ECMC.COM Oct 21 2010 22:53:00      ECMC,    P.O. Box 75906,    Saint Paul, MN 55175-0906
922591       +EDI: RMSC.COM Oct 21 2010 22:53:00      Gemb/sams Club,    Po Box 981400,    El Paso, TX 79998-1400
922592       +EDI: HFC.COM Oct 21 2010 22:53:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
924366       +E-mail/Text: kendalluke@gmail.com                            KENDAL A. LUKE,
               564 South Street, Suite 200,    Honolulu, Hawaii 96813-5013
922593       +EDI: CBSAAFES.COM Oct 21 2010 22:53:00      Military Star,    3911 S Walton Walker Blv,
               Dallas, TX 75236-1509
942596       +EDI: PRA.COM Oct 21 2010 22:53:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    POB 41067,    NORFOLK VA 23541-1067
939440        EDI: BLINE.COM Oct 21 2010 22:53:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            DC Services NA LLC
cr            Deutsche Bank National Trust Company
aty*         +Derek W.C. Wong,    Routh Crabtree Olsen,    900 Fort Street Mall, Ste. 305,
               Honolulu, HI 96813-3702
cr*          +AES/PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
cr*          +Chase Home Finance, LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
934396*       Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
942597*      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
               NORFOLK VA 23541-1067
922594      ##+Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
                                                                                   TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**                    **Signature:**       *Joseph Speetjens*